| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Babak Hashemi Esq SBN 263494<br>LAW OFFICES OF BABAK HASHEMI ESQ<br>4667 MacArthur Blvd #150<br>Newport Beach CA 92660<br>TELEPHONE NO. 949-464-8529   FAX NO. 949-259-4584   E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Donald Peterson | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT CENTREAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 411 W 4TH Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Sourthern Division | Hearing Date:   Room:<br>Hearing Time:   Dept: |
| PLAINTIFF: Donald Peterson, an individual<br>DEFENDANT: Home Consignment Center, a business of unknown form | CASE NUMBER:<br>8:17 cv 00893 |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:
Summons in a Civil Action, Complaint, Civil Cover Sheet, Certificate and Notice of Interested Parties, Notice to Parties of Court Directed ADR Program, Notice of Assignment to United States Judges, Initial Standing Order Following Assignment of Civil Case To Judge Carter

PARTY SERVED: Home Consignment Center, a business of unknown form
PERSON SERVED: Laurie Brown -Manager authorized to accept

DATE & TIME OF DELIVERY: 5/16/2017 10:00 AM

ADDRESS, CITY, AND STATE: 27350 Alicia Pkwy Laguna Niguel CA

MANNER OF SERVICE:
personal service

Fee for Service: $59
County: Orange
Registration No.: 2898
R.T.O.T. Inc
Adriana M Achucarro
2390 E Orangewood Ave #530
Anaheim, CA 92806
949-305-9108

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 22.2017

Signature: _____
Adriana M Achucarro

PROOF OF SERVICE

Order#: 112482/General